82,904-01

ERIC J. BROWN
#1570332  7I-57B
MCCONNELL UNIT
3001 S. EMILY dR.
BEEVILLE, TEXAS 78102
APRIL 27, 2015

AbEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
P.O. Box 12308
AUSTIN, TEXAS 78711

SubJECT: PROCESS/PROGRESS  REHEARING IN BANC
WRIT OF HAbEAS CORPUS  TRIAL CAUSE NO: 08-222-CRW
81ST/218ST JUDICIAL DISTRICT COURT  WILSON COUNTY TEXAS

GREETINGSS MAY God be WITH YOU, AND bLESS YOU —

WILL YOU NOTIFY ME AS TO THE PROCESS/PROGRESS OF THE
AbOVE NUMbERED CAUSE. I APOLOGIZE, AS I MISPLACED
THE COURT OF CRIMINAL APPEALS NUMBER I WAS ASSIGNED.

HAVE I bEEN GRANTED A REHEARING IN BANC, OR IN ALTERNATIVE
A CERTIFICATE OF APPEALIbILITY, SO I MAY APPEAL TO THE SUPREME
COURT OF TEXAS ?

CC: FILE

RESPECTFULLY
Eric J Brown

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 30 2015

Abel Acosta, Clerk